## Commonwealth v. Hurst, Appellant.

Submitted September 13, 1971. *Mary Bell Hammerman,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Craw-*

*ford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.